# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNELL,<br><br>    Plaintiff,<br><br>v.<br><br>G4S SECURE SOLUTIONS (USA) INC.,<br><br>    Defendant. | Case No.  1:19-cv-00802-NONE-SAB<br><br>ORDER RE STIPULATION FOR STAY OF ACTION PENDING COMPLETION OF MEDIATION<br><br>(ECF No. 21)<br><br>DEADLINE: SEPTEMBER 11, 2020 |

On March 4, 2020, the scheduling order issued setting the deadlines for class certification discovery and the deadline by which Plaintiff must file a motion for class certification.  (ECF No. 20.)  On May 27, 2020, the parties filed a stipulation to stay this action pending completion of mediation which is scheduled for August 28, 2020.  (ECF No. 21.)  The Court finds that good cause exists to stay this matter while the parties participate in mediation.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. This action is stayed for the parties to participate in private mediation scheduled for August 28, 2020; and
2. The parties shall file a joint report on the status of the mediation on or before September 11, 2020.

IT IS SO ORDERED.

Dated:   **May 27, 2020**

UNITED STATES MAGISTRATE JUDGE

1