# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNELL,<br><br>            Plaintiff,<br><br>     v.<br><br>G4S SECURE SOLUTIONS (USA) INC.,<br><br>            Defendant. | Case No. 1:19-cv-00802-NONE-SAB<br><br>ORDER CONTINUING STAY OF ACTION FOR PARTIES TO PARTICIPATE IN MEDIATION<br><br>(ECF No. 23)<br><br>JOINT STATUS REPORT DUE NOVEMBER 10, 2020 |

On May 27, 2020, this action was stayed at the stipulation of the parties so they could participate in mediation. (ECF No. 22.) The parties were ordered to file a joint status report on or before September 11, 2020. On September 9, 2020, the parties filed a joint report requesting that the stay of this action be continued while they attempt to resolve this matter through further mediation. Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is CONTINUED; and
2. The parties shall file a joint report on the status of the mediation on or before November 10, 2020.

IT IS SO ORDERED.

Dated:   **September 10, 2020**

UNITED STATES MAGISTRATE JUDGE