# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G4S SECURE SOLUTIONS (USA) INC.,<br><br>　　　　Defendant. | Case No.  1:19-cv-00802-NONE-SAB<br><br>ORDER CONTINUING STAY OF ACTION FOR PARTIES TO PARTICIPATE IN MEDIATION<br><br>(ECF No. 25)<br><br>JOINT STATUS REPORT DUE DECEMBER 1, 2020 |

On May 27, 2020, this action was stayed at the stipulation of the parties so they could participate in mediation. (ECF No. 22.) On September 10, 2020, the Court granted an extension of the stay of the action and ordered the parties to file a joint status report on or before November 10, 2020. (ECF No. 24.) On November 9, 2020, the parties filed a joint report explaining that after beginning a mediation on August 28, 2020, the parties suspended the mediation to complete further investigation, and have agreed to a second day of mediation scheduled for November 20, 2020. (ECF No. 25.) The Court finds good cause to extend the stay of the action and shall grant the parties' request to have until December 1, 2020, to report on the status of mediation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is CONTINUED; and
2. The parties shall file a joint report on the status of the mediation on or before December 1, 2020.

IT IS SO ORDERED.

Dated: **November 10, 2020**

UNITED STATES MAGISTRATE JUDGE