# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNELL,<br><br>        Plaintiff,<br><br>    v.<br><br>G4S SECURE SOLUTIONS (USA) INC.,<br><br>        Defendant. | Case No.  1:19-cv-00802-NONE-SAB<br><br>ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT<br><br>FIVE DAY DEADLINE |

This action is currently stayed for the parties to participate in mediation. (ECF No. 22.) The parties were ordered to file a joint status report by December 1, 2020. (ECF No. 26.) The time to file has passed and no status report has been filed. Accordingly, the parties are HEREBY ORDERED to file a joint report on the status of the mediation within **five (5) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **December 3, 2020**

UNITED STATES MAGISTRATE JUDGE

1