# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNELL,<br><br>            Plaintiff,<br><br>      v.<br><br>G4S SECURE SOLUTIONS (USA) INC.,<br><br>            Defendant. | Case No.  1:19-cv-00802-NONE-SAB<br><br>ORDER REQUIRING A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT TO BE FILED WITHIN NINETY DAYS<br><br>(ECF No. 28) |

This action has been stayed at the stipulation of the parties while they participate in mediation. (ECF No. 22.) On December 3, 2020, the parties filed a joint status report which states that they have reached resolution of this action. (ECF No. 28.) Accordingly, IT IS HEREBY ORDERED that a motion for preliminary approval of the class action settlement shall be filed within **ninety (90) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **December 4, 2020**                              _____
                                                                          UNITED STATES MAGISTRATE JUDGE

1